# Appendix 1

**[REDACTED VERSION FILED ON PUBLIC DOCKET UNREDACTED VERSION FILED UNDER SEAL UNDER AGREED CONFIDENTIALITY ORDER (Dkt. 51)]**

# Appendix 1



[Page content fully redacted]

[page fully redacted]



