# Appendix 2

**[REDACTED VERSION FILED ON PUBLIC DOCKET UNREDACTED VERSION FILED UNDER SEAL UNDER AGREED CONFIDENTIALITY ORDER (Dkt. 51)]**

Appendix 2





